# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **LARRY LEWIS** | **CIVIL ACTION NO. 18-0800** |
| | **SECTION P** |
| VS. | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **JERRY GOODWIN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Larry Lewis's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted. The new claim raised in Plaintiff's objection regarding the Defendants' prohibition against him using a cane or walker was not raised in his complaint and is not before this Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Preliminary and Permanent Injunction, [doc. # 1], is **DENIED AS MOOT**.

SHREVEPORT, LOUISIANA, this ___ day of March, 2019.

Elizabeth E. Foote
UNITED STATES DISTRICT JUDGE